**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR CAIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDICREDIT, INC. AND DIGNITY HEALTH MANAGEMENT SERVICES ORGANIZATION, LLC,<br><br>　　　　Defendants. | **Case No.:** 2:20-CV-01835-WBS-JDP<br><br>*HON. WILLIAM B. SHUBB*<br>*HON. MAG. JEREMY D. PETERSON*<br><br>**ORDER OF DISMISSAL** |

///

///

///

///

///

///

///

[PROPOSED] ORDER OF DISMISSAL

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Defendants, as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order. The Clerk is directed to close the file.

Dated: July 12, 2021

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE